750 A.2d 821

**Amy WAGNER, Respondent,**

v.

**Michael F. WAGNER, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2000.

## *ORDER*

PER CURIAM:

**AND NOW**, this 26th day of April, 2000, the Petition for Allowance of Appeal is granted, limited to the following issues:

a. Whether Superior Court erred in holding that the Uniformed Services Former Spouses' Protection Act addresses in personam jurisdiction rather than subject matter jurisdiction.

b. Whether Superior Court erred in finding that Petitioner consented to the jurisdiction of the common pleas court.